UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| vs. | : | CRIMINAL NO. 3:03CR197(AHN) |
| JOHN GUILLORY | : | USCA NO. 04-3326-cr |

**INDEX TO THE RECORD ON APPEAL**

| DATE FILED | COURT DOCUMENT NO. | DOCUMENT NAME | DOCUMENT NO. |
|---|---|---|---|
| 7/15/2003 | 1 | Indictment | 1 |
| 2/13/2004 | 18 | Motion | 2 |
| 2/12/2004 | 19 | Order | 3 |
| 2/24/2004 | 22 | Plea Agreement | 4 |
| 2/26/2004 | 20 | Motion | 5 |
| 3/4/2004 | 23 | Order | 6 |
| 7/16/2004 | 29 | Sentencing Memorandum By USA | 7 |
| 7/23/2004 | 30 | Motion | 8 |
| 7/29/2004 | 31 | Motion | 9 |
| 7/29/2004 | 33 | Final Order | 10 |
| 8/27/2004 | 38 | Sentencing Memorandum By Defendant | 11 |
| 9/2/2004 | 40 | Motion to Dismiss | 12 |
| 9/2/2004 | 41 | Order | 13 |
| 9/2/2004 | 42 | Presentence Investigation Report | 14 |
| 9/8/2004 | 45 | Judgement | 15 |
| 9/9/2004 | 46 | Notice of Appeal | 16 |
| 9/22/2004 | 48 | Amended Judgement | 17 |

- 2 -

## CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing Index to Record on Appeal has been mailed to John Marrella, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 15th day of November 2004.

/s/
_____
Deirdre A. Murray