UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED
2005 JAN 25　A 11: 48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| UNITED STATES OF AMERICA, Plaintiff, | United States District Court Docket No. 3:03-cr-00197 CAHN |
|---|---|
| v. | |
| JOHN GUILLORY, Defendant. | |

## MOTION FOR RELEASE OF PSI

NOW COMES Defendant John Guillory, by and through his counsel, Devin McLaughlin, Esq., and asks the Court to authorize the Federal Defender's Office to release their copy of Mr. Guillory's PSI to undersigned counsel. In support, Mr. Guillory states as follows:

1. The Second Circuit appointed undersigned counsel, Devin McLaughlin, Esq., to represent Mr. Guillory on appeal to the Second Circuit by order dated November 22, 2004.

2. In order to effectively represent Mr. Guillory on appeal, undersigned counsel needs access to the Presentence Investigation Report.

3. Pursuant to the rules regarding confidentiality of PSIs, Mr. Guillory's former counsel at the Federal Defender's Office requests an order from this Court before unilaterally releasing the PSI to undersigned counsel.

4. Undersigned counsel has contacted AUSA John Morella, who indicates he has no objection to the granting of this Motion.

Wherefore, Defendant John Guillory respectfully requests that the Court authorize the Federal Defender's Office to release their copy of the PSI to undersigned counsel.

LANGROCK SPERRY
& WOOL LLP

DATED at Middlebury, Vermont this 21 day of January, 2005.

LANGROCK SPERRY & WOOL, LLP

Devin McLaughlin
P.O. Drawer 351
111 South Pleasant Street
Middlebury, VT 05753
Attorneys for John Guillory

335063.1

LANGROCK SPERRY
& WOOL LLP

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN GUILLORY,<br>　　　　　Defendant. | Civil Action<br>Docket No. 3:03-cr-00197 |

### CERTIFICATE OF SERVICE

This is to certify that on the 21st day of January, 2005, I, Devin McLaughlin, attorney for the Defendant, served a copy of Defendant's Motion for Release of PSI upon Plaintiff by mailing a copy of the same first-class, postage prepaid to the Plaintiff's attorneys,

John Morella, Esq., AUSA
Federal Public Defender's Office
10 Columbus Blvd., 6th Floor
Hartford, CT 06106-1976

DATED at Middlebury, Vermont this 21 day of January, 2005.

LANGROCK SPERRY & WOOL, LLP

_____
Devin McLaughlin
PO Drawer 351
111 S. Pleasant Street
Middlebury, VT 05753
(802) 388-6356

Attorneys for Defendant John Guillory

335071.1

LANGROCK SPERRY
& WOOL, LLP