UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America | : | |
| v. | : | DOCKET NO: 3:03CR197 (AHN) |
| John Guillory | : | October 5, 2006 |

**MOTION FOR EXAMINATION OF JUDGMENT
DEBTOR AND FOR A HEARING ON DEFENDANT'S
ABILITY TO PAY THE JUDGMENT**

The Government in the above-entitled action represents:

1.  That judgment was imposed upon the Defendant, John Guillory, before the United States District Court, District of Connecticut, on September 7, 2004.  As part of the judgment, the Defendant was ordered to pay restitution in the amount of $295,450.00.  The Defendant's last payment was made on September 9, 2005 in the amount of $25.00.  As of October 5, 2006, total restitution owed by John Guillory is $248,662.25.

2.  On or about August 20, 2006, the Government served by mail a set of Post Judgment Interrogatories and Request for Production on the Defendant, John Guillory.  Although more than 30 days have passed since the service of said Interrogatories and Request for Production, the Defendant has not filed any response,  or requested extension of time.

Therefore, pursuant to Connecticut Practice Book § 13-20(b)(2), which provides that in the event of a debtor's failure to answer interrogatories, a debtor examination "shall be conducted before the judicial authority", and C.G.S. § 52-351b(c) and F.R.Civ.P.69(a) which authorize the Government to seek "supplemental discovery orders as may be necessary to ensure disclosure", and F.R.Civ.P.37(d), which authorizes this Court to "make such orders in regard to the failure

[to answer interrogatories] as are just", the Government respectfully

requests that an order be entered requiring the Defendant to appear

before a Judge or Magistrate Judge of this Court and then and there be

examined under oath concerning his property and means of paying said

judgment.

The Government further moves that as part of the aforesaid order,

the Defendant be required to produce at the hearing: (1) copies of

Defendant's income tax records filed for the last two years; (2) all

other documents sought by Government's Request for Production; and (3)

a completed financial statement to assist the Court's evaluation of

the Defendant's ability to pay.  A proposed Order is attached hereto

for the Court's consideration.

Respectfully Submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT  06508
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

<u>C E R T I F I C A T I O N</u>

      This is to certify that a copy of the foregoing was mailed postage prepaid on this 5th day of October, 2006 to:

John Guillory
Avon, Connecticut 06001


CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

        v.                      :        DOCKET NO: 3:03CR197 (AHN)

JOHN GUILLORY                   :

**O R D E R**

Government having filed a Motion to Examine Judgment Debtor and for a hearing on Defendant's ability to pay the judgment rendered against Defendant, it is hereby:

ORDERED that the Defendant, John Guillory, appear before the District Court in Room Number ___ at _____, Connecticut on the _____ day of _____, 2006, at _____ o'clock in the _____ noon, and then and there be examined under oath concerning his assets and his ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment.  It is further ORDERED that Defendant bring with him and produce at the hearing all documents sought by plaintiff's Request for Production served on or about August 20, 2006, as well as a completed copy of the financial statement attached hereto as Exhibit "A" to facilitate the Court's examination of the defendant.

The Defendant is advised that failure to appear before the Court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject the defendant to being held in Contempt of Court and having a Capias issued for the arrest of the Defendant.

Dated this        day of                    , 2006,
at Bridgeport, Connecticut.

_____
ALAN H. NEVAS
UNITED STATES DISTRICT JUDGE

**FINANCIAL AFFIDAVIT**(please type or print)

## SECTION I. PERSONAL DATA

_____ Mr.    _____ Mrs.    _____ Ms.    _____ Miss.

_____

last name              first         middle initial              social security         date of birth

                                                                                                        **complete**
_____

**address** (including city/state/zip code)                    home phone          work phone

Martial status (please check)                                    License No.

_____ single        _____ married        _____ widowed        _____ divorced        _____ separated

_____

name of spouse              social security number                    date of birth

_____

age(s) of dependents (if older than 21 please list dependant's name and reason for dependency)

## SECTION II.  HISTORY OF EMPLOYMENT

_____name/address of

current employer                    occupation              years/months employed

**SPOUSE EMPLOYMENT**

_____

name/address of current employer                    occupation              years/months employed

| AVERAGE MONTHLY INCOME | HUSBAND | WIFE | MONTHLY EXPENSES | AMOUNT |
|---|---|---|---|---|
| MONTHLY GROSS SALARY (before payroll deductions) | $ | $ | RENT/ MORTGAGE PAYMENT | |
| DEDUCTIONS | | | FOOD | |
| FEDERAL/STATE/LOCAL INCOME TAXES | | | UTILITIES/HEAT | |
| RETIREMENT | | | TELEPHONE | |
| SOCIAL SECURITY | | | INSURANCE | |
| OTHER (SPECIFY) | | | CLOTHING | |
| TOTAL DEDUCTIONS | $ | | MEDICAL (NON REIMBURSABLE) | |
| NET TAKE HOME PAY | $_____ | $_____ | AUTO REPAIR/ OTHER LIVING EXPENSES | |

Combined monthly income:                    How much of the balance can you apply
                                            to your debt to the U.S. on a monthly basis? $_____

Total monthly expenses:                    If total monthly expenses exceed monthly income,
                                            how do you pay the difference?

**"Exhibit A"**

**SECTION III ASSETS**

NAME/ADDRESS OF BANK INSTITUTION:

Do you own: (please circle)

1. U.S. savings bonds?     Yes   No

bank account balance:  $_____  $_____  _____     2. stocks and other bonds?   Yes   No
               checking     savings     other

3. Do you own any property?  Yes   No
(if not continue)
complete address of property:

cash value of furniture
and household goods: $_____

(current value) $_____

automobile(s): (estimate value of each vehicle)

   make      year      model

trailer/boats/campers (resale value):$_____

1.

2.

**SECTION IV. INSTALLMENT CONTRACTS/OTHER DEBTS**

**Show here all debts which you are required to pay in regular monthly installments.  Do not include living expenses.**

| NAME OF CREDITOR | PURPOSE OF DEBT | ORIGINAL AMOUNT OF DEBT | UNPAID BALANCE | AMOUNT DUE MONTHLY | AMOUNT PAST DUE |
|---|---|---|---|---|---|
|  |  | $ | $ |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**NOTE:  IF REPAYMENT OF DEBT IS NOT ON A MONTHLY BASIS, PLEASE EXPLAIN WHEN PAYMENT IS DUE**

_____ Have you ever been in bankruptcy?     If yes, date discharged     location of court (city/state)     docket number

Are you currently in the military?  _____ yes  _____ no

If applicable, what is your present unit assigned?     total years active duty _____

***PLEASE USE ADDITIONAL SHEETS, IF NECESSARY TO SUPPLY ANY OTHER PERTINENT INFORMATION ABOUT YOUR FINANCIAL STATUS.***

**With knowledge of the penalties for false statements provided by 18 U.S.C. § 1001, $250,000 fine and  five years imprisonment and with knowledge that this financial statement is submitted by me to affect action by the Department of Justice, I certify that I believe the above statement is true and that it is a complete statement of all income and assets, real and personal, whether held in my name or be any other.**

**I hereby certify that this financial statement is made to affect action by the Department of Justice regarding a debt of $248,662.25 as of October 5, 2006, which I acknowledge is due and owing to the United States.**

_____     _____
signature of debtor                                                                      date signed