# United States District Court
# District of Connecticut

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> *Plaintiff* : <br>         v.                : <br>                              : <br> JOHN GUILLORY              : <br> *Defendant* | Case No.  3:03cr197 (AHN) |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

☐ All purposes except trial, unless the parties consent to trial before the magistrate judge

☐ A ruling on all pretrial motions except dispositive motions

☐ To supervise discovery and resolve discovery disputes

☒ A ruling on the following motions which are currently pending:
Doc# **58   Motion for Examination of Judgment Debtor and for a Hearing on Defendant's Ability to Pay the Judgment**

☐ A settlement conference

☐ A conference to discuss the following:

☐ Other:


SO ORDERED this   13th   day of   October  ,   2006   at Bridgeport, Connecticut.


            _____/s/_____
            Alan H. Nevas
            United States District Judge