# United States District Court
# District of Connecticut

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *Plaintiff* | : | |
| v. | : | Case No. 3:03cr197 (AHN) |
| | : | |
| JOHN GUILLORY | : | |
| *Defendant* | | |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

☐ All purposes except trial, unless the parties consent to trial before the magistrate judge

☐ A ruling on all pretrial motions except dispositive motions

☐ To supervise discovery and resolve discovery disputes

☒ A ruling on the following motions which are currently pending:
Doc# **58   Motion for Examination of Judgment Debtor and for a Hearing on Defendant's Ability to Pay the Judgment**

☐ A settlement conference

☐ A conference to discuss the following:

☐ Other:


SO ORDERED this __13th__ day of __October__, __2006__ at Bridgeport, Connecticut.


            _____/s/_____
            Alan H. Nevas
            United States District Judge