MIDDLEBURY

Peter F. Langrock
Ellen Mercer Fallon
William B. Miller, Jr.
James W. Swift
Emily J. Joselson
Mitchell L. Pearl
Kevin E. Brown
Frank H. Langrock
Beth Robinson
F. Rendol Barlow
Devin McLaughlin

———

Wanda Otero-Ziegler
Erin E. Ruble

# LANGROCK SPERRY & WOOL, LLP

ATTORNEYS AT LAW

A Limited Liability Partnership
Including a Professional Corporation

2006 OCT 18  A 11: 56

BURLINGTON

Michael W. Wool
Mark L. Sperry
Christopher L. Davis
Thomas Z. Carlson
Susan M. Murray
Alison J. Bell
Lisa B. Shelkrot
Eric M. Knudsen
David W. M. Conard

———

Clara F. Gimenez
Erin Miller Heins

Of Counsel:
Thomas J. Sherrer

REPLY TO:
Middlebury Office

October 16, 2006

US District Court
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604

Re:  John Guillory
     Docket No. 3:03-cr-00197

To Whom It May Concern:

I was appointed by the Second Circuit Court of Appeals to represent Mr. Guillory on his appeal to that Court. Since the appeal has concluded, I am no longer representing Mr. Guillory. I have been receiving notification of filings in this Court regarding Mr. Guillory's ability to pay the judgment. I am not licensed to practice in Connecticut and it does not make sense for me to travel to participate in Connecticut proceedings, and therefore I am unable to assist Mr. Guillory in this matter. It would be in Mr. Guillory's best interests if an attorney were appointed to assist him in this proceeding. Please advise as to whether I need to file a Motion to Withdraw in this Court, or whether my representation can be considered concluded because of termination of the appeal.

Yours truly,

Devin McLaughlin
DM:laf
cc:  John Guillory
     Christine Sciarrino, Esq.

391216.1

MIDDLEBURY: 111 S. Pleasant Street • P.O. Drawer 351 • Middlebury, Vermont 05753-0351
(802) 388-6356 • Fax (802) 388-6149 • Email: attorneys@langrock.com • Website: www.langrock.com

BURLINGTON: 210 College Street • P.O. Box 721 • Burlington, Vermont 05402-0721
(802) 864-0217 • Fax (802) 864-0137 • Email: attorneys@langrock.com • Website: www.langrock.com