UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 NOV -8  P 4:01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | DOCKET NO: 3:03CR197 (AHN) |
| JOHN GUILLORY | : | |

### O R D E R

Government having filed a Motion to Examine Judgment Debtor and for a hearing on Defendant's ability to pay the judgment rendered against Defendant, it is hereby:

ORDERED that the Defendant, John Guillory, appear before the District Court in ~~Room~~ COURT Number _4_ at _BRIDgeport_, Connecticut on the _14th_ day of _December_ 2006, at _11:30_ o'clock in the _fore_noon, and then and there be examined under oath concerning his assets and his ability to pay the judgment. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment.  It is further ORDERED that Defendant bring with him and produce at the hearing all documents sought by plaintiff's Request for Production served on or about August 20, 2006, as well as a completed copy of the financial statement attached hereto as Exhibit "A" to facilitate the Court's examination of the defendant.

The Defendant is advised that failure to appear before the Court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject the defendant to being held in Contempt of Court and having a <u>Capias</u> issued for the arrest of the Defendant.

Dated this 6th day of November, 2006, at Bridgeport, Connecticut.

~~ALAN H. NEVAS~~ HOLLY B. FITZSIMMONS
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

**FINANCIAL AFFIDAVIT**(please type or print)

### SECTION I. PERSONAL DATA

____ Mr.   ____ Mrs.   ____ Ms.   ____ Miss.

_____
last name            first         middle initial            social security        date of birth

_____   complete
address (including city/state/zip code)              home phone          work phone

Martial status (please check)                                License No.

____ single     ____ married     ____ widowed     ____ divorced     ____ separated

_____
name of spouse          social security number                        date of birth

_____
age(s) of dependents (if older than 21 please list dependant's name and reason for dependency)

### SECTION II. HISTORY OF EMPLOYMENT

_____name/address of
current employer           occupation              years/months employed

**SPOUSE EMPLOYMENT**

_____
name/address of current employer           occupation          years/months employed

| AVERAGE MONTHLY INCOME | HUSBAND | WIFE | MONTHLY EXPENSES | AMOUNT |
|---|---|---|---|---|
| MONTHLY GROSS SALARY (before payroll deductions) | $ | $ | RENT/ MORTGAGE PAYMENT | |
| DEDUCTIONS | | | FOOD | |
| FEDERAL/STATE/LOCAL INCOME TAXES | | | UTILITIES/HEAT | |
| RETIREMENT | | | TELEPHONE | |
| SOCIAL SECURITY | | | INSURANCE | |
| OTHER (SPECIFY) | | | CLOTHING | |
| TOTAL DEDUCTIONS | $ | | MEDICAL (NON REIMBURSABLE) | |
| NET TAKE HOME PAY | $_____ | $_____ | AUTO REPAIR/ OTHER LIVING EXPENSES | |

Combined monthly income:          How much of the balance can you apply
                                  to your debt to the U.S. on a monthly basis? $_____

Total monthly expenses:           If total monthly expenses exceed monthly income,
                                  how do you pay the difference?

"Exhibit A"

## SECTION III ASSETS

NAME/ADDRESS OF BANK INSTITUTION:

Do you own: (please circle)

1. U.S. savings bonds?    Yes    No

bank account balance:  $ _____   $ _____   _____
                         checking    savings     other

2. stocks and other bonds?    Yes    No

3. Do you own any property?    Yes    No
   (if not continue)
   complete address of property:

cash value of furniture
and household goods: $ _____

(current value) $ _____

automobile(s): (estimate value of each vehicle)

   make        year        model

1.

trailer/boats/campers (resale value):$ _____

2.

## SECTION IV. INSTALLMENT CONTRACTS/OTHER DEBTS

**Show here all debts which you are required to pay in regular monthly installments. Do not include living expenses.**

| NAME OF CREDITOR | PURPOSE OF DEBT | ORIGINAL AMOUNT OF DEBT | UNPAID BALANCE | AMOUNT DUE MONTHLY | AMOUNT PAST DUE |
|---|---|---|---|---|---|
|  |  | $ | $ |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**NOTE: IF REPAYMENT OF DEBT IS NOT ON A MONTHLY BASIS, PLEASE EXPLAIN WHEN PAYMENT IS DUE**

_____ Have you ever been in bankruptcy?    If yes, date discharged _____    location of court (city/state) _____    docket number _____

Are you currently in the military? _____ yes  _____ no

If applicable, what is your present unit assigned? _____    total years active duty _____

***PLEASE USE ADDITIONAL SHEETS, IF NECESSARY TO SUPPLY ANY OTHER PERTINENT INFORMATION ABOUT YOUR FINANCIAL STATUS.***

With knowledge of the penalties for false statements provided by 18 U.S.C. § 1001, $250,000 fine and five years imprisonment and with knowledge that this financial statement is submitted by me to affect action by the Department of Justice, I certify that I believe the above statement is true and that it is a complete statement of all income and assets, real and personal, whether held in my name or be any other.

I hereby certify that this financial statement is made to affect action by the Department of Justice regarding a debt of $248,662.25 as of October 5, 2006, which I acknowledge is due and owing to the United States.

_____    _____
signature of debtor                                  date signed