## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

-------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff

vs.

                                           Docket No. 3:03CR-197 (AHN)

JOHN GUILLORY,

        Defendant

-------------------------------------------------------x

**To the Clerk of the Court and all parties of record:**

      The undersigned hereby enters his appearance as counsel of record on behalf of defendant John Guillory in the above-entitled criminal proceeding.

_____         _____

Date                                             John T. Walkley
                                                     450 Monroe Turnpike, Suite 101
                                                     Monroe, Connecticut 06468-2343
                                                     Telephone (203) 261-1911
                                                     Facsimile (203) 268-1433
                                                     Email Address: litigater2@aol.com
                                                     Fed. Bar No. ct04341

## **CERTIFICATION**

It is certified hereby that a copy of the foregoing Appearance was dispatched via first class mail, postage prepaid, this 7th day of November, 2006, to:

Christine L. Sciarrino, Esq.
Asst. United States Attorney
Office of the United States Attorney
P.O. Box 1824
New Haven, Connecticut 06508-1824

_____
John T. Walkley