**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

----------------------------------------------------------x

UNITED STATES OF AMERICA,

       Plaintiff

vs.

CRIMINAL MATTER
Case No. 3:03CR-197 (AHN)

JOHN GUILLORY,                                   December 13, 2006

       Defendants

----------------------------------------------------------x

## DEFENDANT JOHN GUILLORY'S MOTION
## FOR PERMISSION TO TRAVEL

      Defendant John Guillory, in the above-captioned criminal matter, through counsel, respectfully moves the Court hereby for permission to travel to the State of Texas so that the defendant may visit his father for Christmas. In support of defendant's motion for permission to travel, he provides as follows:

      1.     Pursuant of the general conditions imposed upon a defendant during the period he is subject to supervised release, defendant has been informed that his travel is restricted to the State of Connecticut unless otherwise approved by the United States Probation Office or the Court. Defendant requested of the United States Probation Office recently for permission to travel to Texas to visit his father for Christmas. Defendant was told that he should apply to the Court for permission for that travel.

      2.     As defendant was released from custody not long ago, on information and belief, defendant has been in full compliance with the terms, conditions, and requirements of his supervised release.

3.  Defendant would like to travel to Houston, Texas to visit his father Murph Guillory for the Christmas holiday.  In visiting his father, defendant would travel by airplane, leaving for Texas on December 23, 2006, and returning to Connecticut on December 27, 2006.  While visiting his father, defendant will stay at his father's residence at 3834 Florinda in Houston, Texas.  The telephone number for defendant's father's residence is 713-906-2077.

4.  In making this motion, defendant agrees that he will abide by any and all other terms of his supervised release and any other conditions the Court feels are appropriate to approve the permission requested.

5.  This is the first motion that defendant has made for permission to travel and/or to modify the terms and conditions of his supervised release in this case.

WHEREFORE, in consideration of the foregoing, the defendant respectfully moves that this motion be granted.

DEFENDANT, JOHN GUILLORY

By:_____
John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Connecticut 06468
Telephone (203) 261-1911
Facsimile (203) 268-1433
Email Address: litigater2@aol.com
Federal Bar No. ct04341

## **CERTIFICATION**

It is certified hereby that a copy of the foregoing was dispatched via electronic mail this 13th day of December, 2006, to:

Christine Sciarrino, Esq.
Asst. United States Attorney
P.O. Box 1824
New Haven, Connecticut 06508-1824
christine.sciarrino@usdoj.gov

_____
John T. Walkley