BRCT-Bridgeport, CT
03-CR-197
NEVAS

# MANDATE

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Motion Information Statement

| | | | |
|---|---|---|---|
| **Docket Number(s):** | 04-5154-cr | | USA v. Guillory |
| **Motion For:** | Cross-Motion for Summary Affirmance | | |

FILED MAY -9 2006

**Set forth below precise, complete statement of relief sought:**

In light of defense counsel's revised motion to withdraw from representation pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the absence of any non-frivolous issue for appeal, the government renews its cross-motion for summary affirmance.

| | | | |
|---|---|---|---|
| **Moving Party:** | UNITED STATES OF AMERICA | **Opposing Party:** | John Guillory |
| | ☐ Plaintiff  ☐ Defendant | | |
| | ☐ Appellant/Petitioner | | |
| | ☒ Appellee/Respondent | **Opposing Attorney:** | Devin McLaughlin, Esq. |
| **Moving Attorney:** | **KEVIN J. O'CONNOR** | | |
| | United States Attorney | Firm: | Langrock, Sperry & Wool, LLP |
| | District of Connecticut | Address: | P.O. Drawer 351 |
| | 157 Church Street | | Middlebury, VT 05753 |
| | New Haven, CT 06510 | | |
| by: | AUSA John A. Marrella | Tel: | (802) 388-6356 |
| Tel: | (203) 821-3753 | e-mail: | |
| e-mail: | John.Marrella@usdoj.gov | | |

**Court-Judge/Agency appealed from:** Honorable Alan H. Nevas, Senior United States District Judge

**Please check appropriate boxes:**

Has **consent** of opposing counsel:
A. been sought?  ☐ Yes  ☒ No
B. been obtained?  ☐ Yes  ☒ No
Is **oral argument** requested?  ☐ Yes  ☒ No
(requests for oral argument will not necessarily be granted)

Has **argument date** of appeal been set?  ☐ Yes  ☒ No

If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL**

Has request for relief been made **below**?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by _____ DEPUTY CLERK

Has **service** been effected?  ☒ Yes  ☐ No
[Attach affidavit of service]

**Signature of Moving Attorney:** _____  **Date:** 5/5/06

## ORDER

Before: Hon. Robert A. Katzmann, Hon. Richard C. Wesley, Hon. Peter W. Hall, *Circuit Judges*.

**IT IS HEREBY ORDERED** that the motion be and it hereby is GRANTED.

For the Court:
Roseann B. MacKechnie, Clerk

By: Lucille Carr, Deputy Clerk

September 25, 2006
Date

ISSUED AS MANDATE: 1/31/07