UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff

vs.

        CRIMINAL MATTER
        No. 3:03CR-197 (AHN)

JOHN GUILLORY,        March 7, 2007

        Defendant

-----------------------------------------------------------x

## MOTION FOR STAY OF PROCEEDINGS

        Defendant John Guillory, in the above-captioned matter, respectfully moves the Court hereby, through counsel, for a stay of the proceedings to the extent that the proceedings require action to be taken by defendant or on his behalf. In support of this Motion, counsel provides as follows:

        1.    On this date, undersigned counsel for defendant moved for leave of the Court to withdraw his Appearance on behalf of defendant in this matter. As counsel explained in that Motion, counsel is engaged on trial in a capital felony matter in the New London Superior Court and will not be available to pursue motions or to appear at any hearings in the pending proceedings in this case for the foreseeable future.

2. Counsel only seeks a stay of the proceedings to the extent they impact the defendant and would cause defendant to take action or meet a deadline while new counsel was to be appointed or to cause defendant to take action without the assistance of counsel.

3. While it is unclear at this juncture what motions need or may need to be pursued, what other type of action needs or may need to be taken, or what deadlines may arise concerning these post-judgment proceedings, counsel believes it would be in the best interest of defendant and the interests of justice for a stay of these proceedings as they concern defendant until such time as new counsel to be appointed by the Court in his place.

4. In making this motion, defendant does not seek to restrain the Court from taking action as it may as to any relief sought by the government. Defendant only seeks to stay any time limits or deadlines or both within which defendant must act to challenge any action the Court may take while defendant awaits the appointment of new counsel

5. Undersigned counsel submits that he has spoken to Asst. United States Attorney Christine Sciarrino, counsel for the government, and Attorney Sciarrino takes no position with regard to this motion.

WHEREFORE, in consideration of the foregoing, undersigned counsel for defendant respectfully moves the Court to stay the proceedings in the manner outlined above.

DEFENDANT, JOHN GUILLORY

By: _____
John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Connecticut 06468
Telephone (203) 327-1500
Facsimile (203) 268-1433
Federal Bar No. ct04341
Email Address: litigater2@aol.com

## CERTIFICATION

It is certified hereby that a copy of the foregoing Motion was dispatched via facsimile and first class mail, postage prepaid, this 7th day of March, 2007, to:

Christine Sciarrino, Esq.
Asst. United States Attorney
P.O. Box 1824
New Haven, Connecticut 06508-1824

Mr. John Guillory
229 Lowery Place
Apartment 2
Newington, Connecticut 06111-3011

_____
John T. Walkley