## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

       Plaintiff

vs.

JOHN GUILLORY,

       Defendant

CRIMINAL MATTER
No. 3:03CR-197 (AHN)

March 7, 2007

-----------------------------------------------------------x

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

       John T. Walkley, Undersigned, court-appointed counsel for defendant John Guillory, in the above-captioned matter, respectfully moves the Court hereby for leave to withdraw his Appearance on behalf of defendant in this matter. In support of this Motion, counsel provides as follows:

       1.     On or about November 7, 2006, undersigned counsel was appointed by the Court pursuant to the Criminal Justice Act to represent defendant and his interests at an examination of judgment debtor. That examination was conducted on December 14, 2006. Prior to the examination, counsel assisted defendant in responding to and compiling records in compliance with certain Interrogatories and Requests for Production served upon

defendant by the government. That compliance was made prior to the date of the Court's examination on December 14, 2006.

2.In addition, at or about the time of the examination, counsel prepared and filed a motion on behalf of defendant seeking permission for the defendant to travel to visit family members during the holiday season.

3.Since that time, the Court has issued its ruling on the pending matters and the government, in response to the Court's action, has taken steps to seize or otherwise secure various assets of the defendant to satisfy an outstanding judgment owed by defendant to the government. As those steps are being taken by the government, defendant has requested of counsel that certain, additional legal action be taken on his behalf, which defendant believes is necessary and in his best interest.

4.Counsel is engaged on trial presently in the New London Superior Court in a capital felony matter known as *State v. Brady Guilbert*. The trial in the *Guilbert* case began with jury selection on January 2, 2007, and evidence commenced on March 5, 2007. It is projected that the trial will not be completed until at least the middle of April, 2007.

5.As a result of undersigned counsel's continuous commitment on trial for at least the next five or six weeks, counsel does not believe that he can properly assist and defend defendant in the above-captioned matter. As a result, so that defendant's interests can be protected, undersigned counsel respectfully moves that he be granted leave to withdraw his Appearance on behalf of defendant in this matter and that new counsel be appointed by the Court.

6.While it is unclear at this juncture precisely what motions need or may need to be pursued or what other type of action needs to be taken, counsel believes it would be in

the best interests of defendant and the interests of justice for counsel be allowed to withdraw and new counsel to be appointed by the Court in his place.  Counsel has discussed this matter with defendant at length and defendant is in agreement with this motion and request.

    7.    For all of the foregoing reasons, counsel for defendant John Guillory respectfully moves that his motion be granted.

    8.    Undersigned counsel for defendant submits that he has spoken to Asst. United States Attorney Christine Sciarrino, counsel for the government in this matter, and Attorney Sciarrino takes no position with regard to the motion.

WHEREFORE, in consideration of the foregoing, undersigned counsel for defendant respectfully moves the Court grant him leave to withdraw his Appearance in this matter and that the Court appoint new counsel pursuant to the Criminal Justice Act.

DEFENDANT, JOHN GUILLORY

By: _____
John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Connecticut 06468
Telephone (203) 327-1500
Facsimile (203) 268-1433
Federal Bar No. ct04341
Email Address: litigater2@aol.com

## CERTIFICATION

It is certified hereby that a copy of the foregoing Motion was dispatched via facsimile and first class mail, postage prepaid, this 7th day of March, 2007, to:

Christine Sciarrino, Esq.
Asst. United States Attorney
P.O. Box 1824
New Haven, Connecticut 06508-1824

Mr. John Guillory
229 Lowery Place
Apartment 2
Newington, Connecticut 06111-3011

_____
John T. Walkley