UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | : | |
| VS. | : | Docket No. 3:03CR197 (AHN) |
| JOHN GUILLORY | : | March 9, 2007 |

GOVERNMENT'S RESPONSE TO MOTIONS FOR STAY AND
WITHDRAWAL OF APPEARANCE

The Government hereby responds to the recent motions filed by counsel for the Defendant, and seeks to clarify the Government's position with respect to those pending motions. The Government takes no position with respect to Defendant's counsel's withdrawal of appearance, for the reasons stated in the motion. The Government, however, does object to the appointment of new counsel under the Criminal Justice Act ("CJA"), for the following reasons.

First, at the time CJA counsel was appointed by the Court for purposes of evaluating Defendant Guillory's financial situation, it was unclear whether or not he was gainfully employed. A debtor examination was subsequently held, during which it was established that Defendant Guillory has obtained employment. Pursuant to 18 U.S.C. § 3006A, CJA counsel may only be provided to persons "financially unable to obtain adequate representation." Substitute CJA counsel should not appointed in this matter since Defendant Guillory is now financially able to secure his own counsel. This District's CJA funds should be preserved for persons who truly cannot afford counsel, in accordance with 18 U.S.C. § 3006A.

Concerning the pending motion for stay, the only filing deadline affecting the Defendant that the Government is aware of is Defendant's right to request a hearing concerning the garnishment of his wages. Pursuant to 28 U.S.C. § 3202(d), Defendant Guillory may request a

hearing "within 20 days after receiving notice". The Government made arrangement to serve notice of the garnishment, and supporting documentation (including a draft Request for Hearing with instructions for pro se defendants), by forwarding service to the United States Marshal for service upon Defendant's counsel and his employer. The employer is also required to provide a copy of the documentation directly to Defendant Guillory.

The Government believes that Defendant Guillory's current CJA counsel and his employer have been already served, or will be served shortly. Accordingly, the Government requests the following. First, notwithstanding the granting of counsel's motion for leave to withdraw appearance, the Government requests that CJA counsel be directed to provide notice to the Defendant of the garnishment upon service by the United States Marshal.

Second, the Government requests that rather than granting an automatic and unlimited stay of proceedings, that the Court instead consider a limited extension of the twenty-day deadline to request a hearing, upon written request from Defendant Guillory, showing good cause. Further, regardless of whether or not Defendant Guillory requests a hearing or an extension of the hearing deadline, this Court's Writ requires the employer to commence garnishment of his wages immediately upon receipt of service. Thus, the Government requests clarification that should Defendant Guillory seek a hearing or extension of the hearing deadline, the garnishment of his wages will *not* be stayed.

Lastly, the Government, with the assistance of the United States Marshal is in the process of liquidating various personal property items in which Defendant Guillory has a substantial nonexempt interest. The United States Marshal has already expended funds for the storage and

liquidation of these items.  The Government respectfully requests that should a stay be entered, that it be clarified to ensure that the liquidation process is not affected.

                                      Respectfully submitted,

                                      Kevin J. O'Connor
                                      United States Attorney

                                      Christine Sciarrino
                                      Assistant United States Attorney
                                      157 Church Street - 23rd Floor
                                      New Haven, CT 06510
                                      (203) 821-3780/ Fax: (203) 773-5392
                                      Federal No. Ct3393
                                      Email: Christine.Sciarrino@usdoj.gov

<u>Certification</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 9th day of March, 2007, to:

John T. Walkley, Esq.
450 Monroe Turnpike
Suite 101
Monroe, CT   06468

_____
Christine Sciarrino