UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:03CR197 (AHN) |
| JOHN GUILLORY | : | March 9, 2007 |

UNITED STATES' MOTION FOR ORDER OF SALE

COMES NOW the United States of America, by and through the United States Attorney for the District of Connecticut, and moves the Court to order a sale of certain personal property owned by the Defendant debtor, John Guillory, based upon the following.

Pursuant to this Court's judgment imposed on September 7, 2004, and ordering Defendant John Guillory to pay criminal restitution in the amount of $295,450.00, the United States commenced an enforced collection action. In furtherance of the collection action, a writ of execution was issued by this Court on October 17, 2006, authorizing the seizure of certain property, including a Seadoo boat, hull number ZZNR19860797, and boat trailer, vehicle identification number CT3378.

The aforesaid boat and trailer is currently in the possession of the United States Marshal and is scheduled to be sold at auction in the near future. To facilitate the sale, and at the request of the United States Marshal, the United States respectfully requests that an Order of Sale enter authorizing the United States Marshal to sell the subject water craft and trailer.

Based upon the foregoing, and in the interest of justice, the United States respectfully requests that this motion be granted. A proposed Order is attached for the Court's review.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney



Christine Sciarrino
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06510
(203) 821-3780/ (203) 773-5392 (fax)
Federal No. CT3393
Email: Christine.Sciarrino@usdoj.gov

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 9th day of March, 2007 to:

John T. Walkely, Esq.
450 Monroe Tpke.
Monroe, CT   06468-2343

John Guillory
Newington, Connecticut 06111-3100

_____
Christine Sciarrino