# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:03CR197 (AHN) |
| JOHN GUILLORY | : | |

## ORDER OF SALE

A motion having been duly brought before this Court for the sale of a Seadoo boat, hull number ZZNR19860797, and boat trailer, vehicle identification number CT3378 by the United States of America, and the Court finding that the sale of the subject property is warranted,

It is hereby,

ORDERED,

1.  That the United States Marshal forthwith dispose of the Seadoo boat, hull number ZZNR19860797, and boat trailer, vehicle identification number CT3378;

2.  That the United States Marshal shall deposit with the Clerk, United States District Court, District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut, 06604, the net proceeds remaining from the sale after all costs attributable to the marketing and sale of the subject property are paid;

3.  That appropriate costs, as determined by the Court or by agreement of the parties, attributable to the seizure and maintenance of the subject property shall be deducted from the net proceeds realized from the sale.

SO ORDERED this _____ day of _____, 2007 at Bridgeport, Connecticut.


_____
ALAN H. NEVAS
UNTIED STATES DISTRICT JUDGE