UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

        Plaintiff

vs.

        CRIMINAL MATTER
        No. 3:03CR-197 (AHN)

JOHN GUILLORY,        March 30, 2007

        Defendant

-----------------------------------------------------------x

### OBJECTION TO WRIT OF GARNISHMENT
### AND REQUEST FOR HEARING

      Defendant John Guillory, in the above-captioned matter, respectfully objects hereby, through counsel, to the Writ of Garnishment obtained by the government and issued by the Court in this matter, dated February 7, 2007, and served upon counsel for defendant thereafter, and respectfully requests that a hearing be held regarding defendant's objection. This objection and request are made pursuant to Rule 64 of the Federal and Local Rules of Civil Procedure and other applicable rules and statutes. In support of this Objection and Request, counsel provides that a [garnishment] is a "harsh remedy and should not be lightly granted." *American Fed'l Group, LTD. v. Rothenberg,* No. 91 Civ. 7860, 1998 WL 273034, at 7 (S.D.N.Y. May 28, 1998) (citing *General Textile Printing & Processing Corp. v. Expromtorg Int'l Corp.,* 862 F.Supp. 1070, 1073 (S.D.N.Y.1994)). Courts in this circuit "generally require a showing that 'something, whether it is a defendant's financial position

or past and present conduct, poses a real risk to the enforceability of a future judgment." ' *American Fed'l,* 1998 WL 273034, at 7 (listing cases). While defendant does not believe that the government has asserted at this stage of the post-judgment proceedings that defendant possesses an intent to defraud the government of his obligation to pay the restitution amount due and owing, an "[i]ntent to defraud must not be presumed; a plaintiff's mere allegations of fraud do not meet the standard to justify attachment under the CPLR." *Building Serv. 32B-J Pension Fund v. Vanderveer Estates Holding, LLC.,* 115 F.Supp.2d 459, 463 (S.D.N.Y.2000).

For the foregoing reasons, defendant objects to the writ of Garnishment as issued and respectfully requests that a hearing be held thereon.

DEFENDANT, JOHN GUILLORY


By: _____
John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Connecticut 06468
Telephone (203) 327-1500
Facsimile (203) 268-1433
Federal Bar No. ct04341
Email Address: litigater2@aol.com

## **CERTIFICATION**

It is certified hereby that a copy of the foregoing Objection and Request for a Hearing was hand-delivered this 30th day of March, 2007, to:


Christine Sciarrino, Esq.
Asst. United States Attorney
P.O. Box 1824
New Haven, Connecticut 06508-1824

Mr. John Guillory
229 Lowery Place
Apartment 2
Newington, Connecticut 06111-3011

_____
John T. Walkley